IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ANTONIO MCKINNEY,**                                                                                       **PLAINTIFF**
**ADC #145899**

v.                              Case No. 4:20-cv-01313-KGB-JTK

**R. WATSON,** *et al.*                                                                                       **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff Antonio McKinney's complaint is dismissed without prejudice for failure to state a claim upon which relief may be granted.

The Court certifies that an *in forma pauperis* appeal from this Judgment and accompanying Order would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

It is so adjudged this 2nd day of February, 2021.

*/s/ Kristine G. Baker*
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE